**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**ALL ALI BIN ALI AHMED,**          :
**et al.**,                        :
                                   :
     **Petitioners,**              :
                                   :
     **v.**                        :     **Civil Action No. 05-1678 (GK)**
                                   :
**BARACK H. OBAMA, et al.**,        :
                                   :
     **Respondents.**              :
_____:

### ORDER

A Status Conference was held in this case on March 26, 2009, which took place on the record and via telephone. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the Motions Hearing scheduled for April 14, 2009, will pertain to parties' motions for judgment on the record. In the event that the hearing must extend beyond one day, the Court will hear the remainder of the case on April 15, 2009; and it is further

**ORDERED**, that Petitioner's Motion for Extension of Page Limit is granted.

                                   /s/
_____   _____
March 26, 2009              Gladys Kessler
                           United States District Judge


Copies to:  Attorneys of Record via ECF